UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

D<small>ARREN</small> D<small>EON</small> J<small>OHNSON</small>,

       Petitioner,             Case No. 1:20-cv-800

v.                                 Honorable Paul L. Maloney

S<small>HERRY</small> B<small>URT</small>,

       Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's request for leave to proceed *in forma pauperis* (ECF No. 3) is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner's requests for temporary restraining order and preliminary injunctive relief are **DENIED** as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:  September 1, 2020               /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge