UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DARREN DEON JOHNSON,

        Petitioner,               Case No. 1:20-cv-800

v.                                   Honorable Paul L. Maloney

SHERRY BURT,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.


Dated:   September 1, 2020                   /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge